PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender: Michel Karaoglan                                   Cr.: 2:01-CR-461

Name of Sentencing Judicial Officer: Judge Dennis M. Cavanaugh

Date of Original Sentence: 10-25-01

Original Offense: Bankruptcy Fraud (18 U.S.C. 157(1) & 2)

Original Sentence: 15 months in custody

Type of Supervision: TSR                                    Date Supervision Commenced: 05-30-03

## PETITIONING THE COURT

[ ] To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X] To modify the conditions of supervision as follows.

## CAUSE

On October 25, 2001, Mr. Karaoglan was ordered to pay $91,994.39 in restitution. However, after a thorough review of the case documents and correspondance with American Express, there appears to be a discrepancy in the total amount of restitution owed. As such, the offender and our office have consented to an amended restitution amount of $39,438.59. Therefore, the U.S. Probation Office is recommending a modification of conditions to include the amended restitution amount.

Respectfully submitted,

By: Kevin M. Villa
U.S. Probation Officer
Date: 05-10-05

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/16/05
Date

Dennis M. Cavanaugh
U.S. District Judge