PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

### For The

### District of New Jersey

UNITED STATES OF AMERICA

V.                                                             Crim. No.  2:01-CR-461

Michel Karaoglan

     On May 30, 2003, the above named offender was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

_____  
U.S. Probation Officer  
Kevin M. Villa

### ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ____9____ Day of ____Sept____, 2005

_____  
United States District Judge

Dennis M. Cavanaugh  
U.S. District Judge